IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06- 15- JNA |
| ) | |
| MIGUEL ESTRADA-VALENCIA ) | |

### MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of an arrest warrant against the defendant, Miguel Estrada-Valencia, as a result of the Indictment returned against him on February 16, 2006.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated:  February 16, 2006

AND NOW, this __16__ day of __February__, 2006, upon the foregoing Motion, **IT IS ORDERED** that a warrant issue for the arrest and apprehension of Lamar Gaines.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge

FILED
FEB 16 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE