IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-15-JNA |
| ) | |
| MIGUEL ESTRADA-VALENCIA ) | |
| ) | |
| Defendant. ) | |

FILED FEB 16 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE

**PETITION FOR WRIT OF**
**HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ferris W. Wharton, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 16, 2006, Miguel Estrada-Valencia was indicted in the District of Delaware for Re-entry after Deportation, in violation of 8 U.S.C. § 1326(a).

2. Miguel Estrada-Valencia (d.o.b. 9/28/80) is currently detained at the Howard Young Correctional Center in Wilmington, Delaware.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. A weekly schedule of Initial Appearances and Arraignments is scheduled for Thursday, February 23, 2006, at 1:00 p.m.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden for the Howard Young Correctional Center, Wilmington, Delaware, to bring the said defendant Miguel Estrada-Valencia before this Court on February 23, 2006, at 1:00 p.m. for an Initial Appearance and to detain said defendant in the custody of the U.S. Marshall Service after the Initial Appearance as this Court may direct.

COLM F. CONNOLLY
United States Attorney

By: _____
Ferris W. Wharton
Assistant United States Attorney

Dated: February 16, 2006

**IT IS SO ORDERED** this __16__ day of __February__, 2006.

_____
The Honorable Mary Pat Thynge
United States Magistrate Judge