*Filed in open court 2/23/06
(aw)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | |
|            Plaintiff,                              ) | |
| v.                                                   ) | No. 06-15-KAJ |
| MIGUEL ESTRADA-VALENCIA      ) | |
|            Defendant.                            ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

    \_\_\_\_  Maximum sentence life imprisonment or death

    \_\_\_\_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    _X_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure **(check one or both)**:

    _X_    Defendant's appearance as required

    ___    Safety of any other person and the community

3. **Rebuttable Presumption.** The United States (<u>will</u>, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

    ___    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ___    Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing.** The United States requests the court conduct the detention hearing,

    ___    At first appearance

    _X_    After continuance of _3_ days (not more than 3).

5. **Temporary Detention.** The United States requests the temporary detention of the defendant for a period of ___ days (not more than 10) so that the appropriate officials can be notified since:

    1.    At the time the offense was committed the defendant was:

        ___    (a) on release pending trial for a felony;

        ___    (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___    (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___23rd___ day of February, 2006.

                                                COLM F. CONNOLLY
                                                United States Attorney

BY: _____
                                                Ferris W. Wharton
                                                Assistant United States Attorney