IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-15-KAJ |
| MIGUEL ESTRADA-VALENCIA, | : | |
| Defendant. | : | |

**EXPEDITED MOTION TO VISIT DYING RELATIVE AND ORDER**

The defendant, Miguel Estrada-Valencia, by and through his attorney, Eleni Kousoulis, Assistant Federal Public Defender, requests permission of this Court for his temporary release pursuant to 18 U.S.C. § 3622(a). In support of this motion, the defendant submits as follows:

1. The defendant is charged with illegal re-entry after deportation, in violation of 8 U.S.C. § 1326(a). Mr. Estrada-Valenica is currently incarcerated at the Salem County Correctional Facility in Woodstown, New Jersey awaiting trial.

2. On March 19, 2006, Mr. Estrada-Valencia's brother, Andres Estrada-Valenica was attacked and severely beaten with a baseball bat. He is critical condition at Christiana Hospital and is on life support. (News Journal Article Attached)

3. Mr. Estrada-Valencia would very much like to visit his brother one last time to say good-bye. Mr. Estrada-Valencia respectfully requests this Court to allow him to visit his dying brother before life support is disconnected.

4. Mr. Estrada-Valencia's brother is currently in Christiana Hospital, located in Newark,

Delaware. He is in very grave condition. Mr. Estrada-Valencia requests the Court to sign the attached Order directing the U.S. Marshals to transport Mr. Estrada-Valencia from Salem County Correctional Facility to Christiana Hospital so he may have one last visit with his brother before life support is disconnected, then to return him back to Salem County.

     5. The government, through AUSA Ferris Wharton, will defer to the U.S. Marshals as to whether or not the U.S. Marshals feel a temporary release is appropriate. If the U.S. Marshals do not oppose Mr. Estrada-Valencia's temporary release to see his brother, then the government is also not opposed to such temporary release.

                                                               Respectfully submitted,

                                                               /s/
                                                               Eleni Kousoulis
                                                               Assistant Federal Public Defender
                                                               Attorney for Defendant

Dated: March 20, 2006

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 06-15-KAJ |
| | : | |
| | : | |
| MIGUEL ESTRADA-VALENCIA, | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that a copy of Expedited Motion to Visit Dying Relative and Order is available for public viewing and downloading and was electronically delivered on March 20, 2006 to:

Ferris Wharton
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, DE 19801

A copy of this motion was also hand-delivered on March 20, 2006 to the United States Marshals' Service Office located at the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

/s/
ELENI KOUSOULIS, ESQUIRE
Assistant Federal Public Defender
704 King St., Suite 110
Wilmington, Delaware  19801
Attorney for Defendant

DATED:     March 20, 2006



# Man beaten with bat at carnival
Victim in critical condition

**BY ALISON KEPNER**
**THE NEWS JOURNAL**
03/20/2006

**HELP NEEDED**

Anyone with information should contact state police detectives at 834-2620, ext. 5.

A 22-year-old Newark man was in critical condition late Sunday after he was attacked at a carnival with a baseball bat, state police said.

The assault occurred around 1:15 p.m. in the parking lot of the Canby Park Shopping Center, 1900 Maryland Ave., Christiana Hundred.

According to police, the victim and his wife were walking in the parking lot when he was confronted by two men. The attackers punched and kicked him in the legs, chest and head. The man tried to flee by running toward the heart of the carnival but then was confronted by three others who also assaulted him. One of the attackers struck the man several times in the head with a baseball bat, knocking him unconscious before all of the assailants fled in different directions.

Paramedics transported the man to Christiana Hospital, where he was treated for severe head trauma and admitted in critical condition, police said.

The victim's wife was not injured.

Detectives are investigating a motive for the incident and are looking for the attackers. They ask anyone with information to contact state police detectives at 834-2620, ext. 5.

Contact Alison Kepner at 324-2965 or akepner@delawareonline.com.

Copyright © 2006, The News Journal. Use of this site signifies your agreement to the Terms of Service and Privacy Policy (updated 10/3/2005)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| 5. | : | Criminal Action No. 06-15-KAJ |
| | : | |
| | : | |
| MIGUEL ESTRADA-VALENCIA, | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

It is hereby **ORDERED** this _____ day of March, 2006, that Miguel Estrada-Valencia be transported by the U.S. Marshals from Salem County Correctional Facility for a period of _____ hours, pursuant to 18 U.S.C. §3622 (a)(1), for the purpose of visiting his critically ill brother, Andres Estrada-Valencia, at Christiana Hospital.

It is **FURTHER ORDERED** that Miguel Estrada-Valencia be returned by the U.S. Marshals back to Salem County Correctional Facility upon the completion of his visit with his brother.

_____
Honorable Kent A. Jordan
United States District Court