IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-15-KAJ |
| ) | |
| MIGUEL ESTRADA-VALENCIA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth by the Court during the March 20, 2006 teleconference,

IT IS HEREBY ORDERED that defendant's expedited motion for temporary release (D.I. 12) is DENIED.

UNITED STATES DISTRICT JUDGE

March 21, 2006
Wilmington, Delaware