IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No.06-15-KAJ |
| MIGUEL ESTRADA-VALENCIA, | : | |
| Defendant. | : | |

## SPECIAL REQUEST AND ORDER

The defendant, Miguel Estrada-Valencia, by and through his attorney, Eleni Kousoulis, Assistant Federal Public Defender, requests permission of this Court for the defendant to have a private viewing of his brother, Andres Estrada-Valencia, to be held in the U.S. Marshal Service secured sally-port. The defendant will be transported from Salem County Jail to the J. Caleb Boggs Federal Building and will remain in the custody of the U.S. Marshal Service.

Coordination of this private viewing will be done between the funeral home and the U.S. Marshal Service.

The United States Marshal has been advised and indicates no objections relative to security or resources.

**IT IS HEREBY ORDERED** this ____ day of March, 2006, that the United States Marshal or his Deputy make arrangements with the funeral director, Anthony Latina or Debbie Guyer, At Need Coordinator of Corleto - Latina Funeral Home, Inc. (302) 652-6642 - for a private viewing of the deceased at a mutually agreeable time at the J. Caleb Boggs Federal Building in the secured sally-port of the U.S. Marshals.

_____
Honorable Kent A. Jordan
United States District Court Judge