IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-15-KAJ |
| ) | |
| MIGUEL ESTRADA-VALENCIA, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Ferris W. Wharton as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

                                        COLM F. CONNOLLY
                                        United States Attorney

                                      By:

                                        Edmond Falgowski
                                        Assistant United States Attorney
                                        Nemours Building, #700
                                        P.O. Box 2046
                                        Wilmington, Delaware 19899-2046
                                        edmond.falgowski@usdoj.gov

Dated:  March 30, 2006

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-15-KAJ |
| ) | |
| MIGUEL ESTRADA-VALENCIA, ) | |
| ) | |
| Defendant. ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on March 30, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF which will send notification of such filing to:

Eleni Kousoulis, Esquire
Ecf_ek@msn.com

*Sharon L. Bernardo*