AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

MIGUEL ESTRADA-VALENCIA

**WARRANT FOR ARREST**

Case Number: CR 06-15-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ MIGUEL ESTRADA-VALENCIA _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

RE-ENTRY AFTER DEPORTATION

in violation of Title __8__ United States Code, Section(s) __1326(a)__

PETER T. DALLEO
Name of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

By: [signature] Deputy CLERK
Signature of Issuing Officer

2/16/06 at WILMINGTON, DE
Date and Location

FILED
MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Miguel Estrada-Valencia

| DATE RECEIVED 2/16/06 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 2/23/06 | Toby M. Conrad DUSM | Ty M. Cd |