IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal Action No. 06-15-KAJ |
| ) | |
| MIGUEL ESTRADA-VALENCIA, ) | |
| ) | |
| Defendant. ) | |

### ORDER

At Wilmington this 21st day of August, 2006,

IT IS HEREBY ORDERED that the sentencing hearing scheduled for August 23, 2006 at 4:30 p.m. is hereby rescheduled to **August 24, 2006 at 10:30 a.m.** in courtroom No. 6A, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
UNITED STATES DISTRICT JUDGE