IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. 06-15-UNA |
| v. | § | |
| | § | |
| MIGUEL ESTRADA-VALENCIA, | | |
|     Defendant. | | |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO: DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE, WARDEN OF THE HOWARD R. YOUNG CORRECTIONAL CENTER, WILMINGTON, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **MIGUEL ESTRADA-VALENCIA** who is now detained and imprisoned in the HOWARD R. YOUNG CORRECTIONAL CENTER, and who is a defendant in the above-entitled cause, in which cause the said **MIGUEL ESTRADA-VALENCIA** was charged with a violation of of 8 U.S.C. SECTION 1326(a) for an **INITIAL APPEARANCE ON FEBRUARY 23, 2006 AT 1:00 PM**, and to remain in the custody of the U.S. Marshal until the conclusion of the pending charges.

And have you then and there this writ.

To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, Magistrate Judge of the District Court of the United States for the District of Delaware, this 16TH day of February, 2005.

PETER T. DALLEO, CLERK

By: _____
    Deputy Clerk



CERTIFIED: 2/17/06
AS A TRUE COPY:
ATTEST:
PETER T. DALLEO, CLERK
BY Evette Watson
Deputy Clerk

FILED
SEP 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE